FILED

OCT 3 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | No. CIV S-93-0254 GEB DAD DP |
| Petitioner, | |
| v. | <u>CASE MANAGEMENT CONFERENCE ORDER</u> |
| JILL L. BROWN, Warden of the California State Prison at San Quentin,[1] et al., | **<u>DEATH PENALTY CASE</u>** |
| Respondent. | |

As indicated in the September 29, 2005 discovery order, this case has been set for a case management/status conference on November 17, 2005, at 1:30 p.m. in courtroom No. 27. Counsel should be prepared at that time to discuss a schedule for the filing of any motion for an evidentiary hearing. Respondent's counsel is advised that the court is, by separate order, informing petitioner's counsel that, at the conclusion of the case management conference,

---

[1] Jill L. Brown is substituted for her predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

1 respondent's counsel will be excused and the conference will continue
2 ex parte with counsel for petitioner present to discuss budgeting
3 procedures.
4 DATED: September 30, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.capital/roberts.05casemgt.conf

2