IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ROBERTS,   No. CIV S-93-0254 GEB DAD DP

      Petitioner,

  v.   ORDER

S.W. ORNOSKI, Acting Warden
of the California State
Prison at San Quentin,[1]

**DEATH PENALTY CASE**

      Respondent.
_____/

As indicated in the September 29, 2005 discovery order, and in light of the dates proposed by the parties, a limited evidentiary hearing regarding Discovery Request 85 is **SET** for **February 7, 2006,** and if necessary **February 8, 2006,** in Courtroom 27 before the undersigned magistrate judge. The first day of the hearing shall commence at 10:00 a.m.

/////

---

[1] S.W. Ornoski is substituted for his predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

1

1	On or before **January 17, 2006,** petitioner shall file a pre-hearing statement identifying the witnesses and all exhibits or other evidence he proposes to proffer at the limited evidentiary hearing. Petitioner also shall provide an estimate of the anticipated length of the limited evidentiary hearing.

On or before **January 24, 2006,** respondent shall file his pre-hearing statement, similarly identifying all witnesses and evidence respondent proposes to offer and estimating the length of the hearing.

Following the filing of the parties' statements, the court will contact the parties to arrange a telephonic conference in advance of the limited evidentiary hearing if necessary.

As previously indicated, the parties are to be prepared to schedule the remainder of this case (i.e., petitioner's motion for evidentiary hearing) at the conclusion of the limited evidentiary hearing.

IT IS SO ORDERED.

DATED: December 12, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.capital/roberts.limited.evid.hearing