| | |
|---|---|
| LARRY ROBERTS, | No. CIV. S-93-0254 GEB DAD DP |
| Petitioner, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| S.W. ORNOSKI, Acting Warden of the California State Prison at San Quentin, | |
| Respondent. | **DEATH PENALTY CASE** |

Larry Roberts, inmate # B-31817, a necessary individual in proceedings in this case on February 7, 2006, is confined in San Quentin State Prison, San Quentin, California 94974, in the custody of S.W. Ornoski; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Eighth Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on February 7, 2006, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to answer such questions as may be asked him in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671, and by facsimile to (916) 985-0418; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order by facsimile to the Warden of the California State Prison at San Quentin at (415) 454-6288.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: S.W. Ornoski, Acting Warden of San Quentin State Prison, San Quentin, California:**

**WE COMMAND** you to produce the inmate named above to answer such questions as may be asked him before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ. DATED: January 30, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE