1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY ROBERTS,                    No.  CIV S-93-0254 GEB DAD DP

12          Petitioner,

13      v.                             ORDER

14   S.W. ORNOSKI, Acting Warden
     of the California State
15   Prison at San Quentin,

                                       **DEATH PENALTY CASE**
16          Respondent.
                                  /
17

18          Petitioner's counsel has filed a letter which may be

19   construed as a request for further oral argument in connection with

20   the recently concluded limited evidentiary hearing on petitioner's

21   discovery motion in this matter.  At the conclusion of that hearing

22   the court permitted counsel to argue the matter.  In addition, at the

23   request of petitioner's counsel the court permitted a final round of

24   briefing on the specific issue that was the subject of the

25   evidentiary hearing.  The parties have availed themselves of that

26   opportunity.  The undersigned finds that further argument with

1  respect to the pending issue of discovery is unnecessary.

2  Accordingly, petitioner's request is denied.

3          IT IS SO ORDERED.

4  DATED: March 9, 2006.

5

6                                    DALE A. DRCZD
                                     UNITED STATES MAGISTRATE JUDGE
7

8  DAD:th
   ddad1/orders.capital/roberts.letter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26