IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY ROBERTS,**<br><br>                                    Petitioner,<br><br>v.<br><br>**S. W. ORNOSKI, Acting Warden,**<br><br>                                    Respondent. | CIV S-93-0254 GEB DAD DP<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO RESCHEDULE STATUS CONFERENCE** |

Upon motion of respondent and for good cause shown, the status conference currently scheduled for 10:00 a.m., Monday, 7 May 2007, in Courtroom 27 is hereby rescheduled to 10:00 a.m., Monday, 14 May 2007.

IT IS SO ORDERED.

DATED: April 4, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/roberts0254.ord.status