IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY ROBERTS,**<br><br>                              Petitioner,<br><br>     v.<br><br>**S. W. ORNOSKI, Acting Warden,**<br><br>                              Respondent. | No. CIV S-93-0254 GEB DAD DP<br><br>**ORDER SUBSTITUTING RESPONDENT** |

Upon motion of respondent and for good cause shown, Warden Robert L. Ayers, Jr., is substituted for former Acting Warden S. W. Ornoski as respondent in this 28 U.S.C. § 2554 proceeding, pursuant to Fed.R.Civ.P. 25(d)(1).  *See* Rule 2.a., Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED.

DATED: April 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/roberts0254.ord