IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | NO. CIV S-93-0254 GEB DAD DP |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., Warden of the California State Prison at San Quentin, | |
| Respondent. | **DEATH PENALTY CASE** |

This matter came before the court on June 4, 2007, for hearing on Claudia J. Robinson's motion to withdraw as counsel of record for petitioner and for a status conference.

Good cause appearing, IT IS HEREBY ORDERED that Claudia J. Robinson is relieved as counsel for petitioner and the Federal Defender Capital Habeas Unit is appointed as co-counsel to represent petitioner.

/////

/////

1

1  The case is set for a further status/scheduling conference
2  on August 13, 2007 at 11:00 a.m. before the undersigned.  Joint or
3  individual status reports, at the election of the parties, shall be
4  filed with the court by August 10, 2007.  Status reports should
5  reflect the proposal(s) of the parties with respect to scheduling.
6  DATED: June 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.capital/roberts0254.apptcnsl