DANIEL J. BRODERICK, #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorneys for Petitioner
LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | NO. CIV S-93-0254 GEB DAD DP |
| Petitioner, | |
| v. | ORDER VACATING AND RESETTING STATUS CONFERENCE |
| ROBERT L. AYERS, et al., | |
| Respondents. | **DEATH PENALTY CASE** |

    Pursuant to petitioner's unopposed request, and good cause appearing, IT IS HEREBY ORDERED that the status conference now set for October 22, 2007, is VACATED and RESET for December 10, 2007, at 11:00 a.m.  Joint or individual status reports, at the election of the parties, shall be filed with the court by December 7, 2007.

DATED: October 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/roberts0254.status.cont

Order Vacating and
Resetting Status Conference                    *Roberts v. Ayers*, CIV-S-93-0254 GEB DAD DP