IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY ROBERTS,**<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, Warden,**<br><br>　　　　　　　　　　　Respondent. | **CAPITAL CASE**<br><br>CIV S-93-0254 GEB DAD DP<br><br>**ORDER UNSEALING EXHIBIT 85 LODGED IN SUPPORT OF RESPONDENT'S ANSWER AND VACATING PROTECTIVE ORDER (DOCKET NO. 278)** |

Upon motion of respondent, for good cause shown and in light of petitioner's statement of non-opposition to the motion, respondent's motion to unseal Ex. 85 lodged originally under seal in support of respondent's answer and supporting memorandum of points and authorities will be ordered unsealed. Furthermore, due to the unsealing of Ex. 85, the need for the protective order entered on February 23, 2004, is obviated and is therefore vacated as is the previously noticed hearing date of September 19, 2008 on the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's August 12, 2008 motion to unseal exhibit 85 (Doc. No. 359) is granted;

2. The protective ordered entered February 23, 2004 (Doc. No. 278) in this case is vacated; and

/////

1

3. The previously noticed hearing date of September 19, 2008 on respondent's motion is vacated.

DATED: August 13, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/roberts0254.ord.unseal

2