1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-6666

5  ROBERT BLOOM
   1514 10th Street
6  Berkeley, California 94710
   Telephone: (510) 898-1928
7
   Attorneys for Petitioner
8  LARRY ROBERTS

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   LARRY ROBERTS,                    )  **DEATH PENALTY CASE**
15                                    )
                    Petitioner,       )  NO. CIV S-93-0254 GEB DAD DP
16                                    )
        v.                           )  **ORDER GRANTING LEAVE TO DEPOSE**
17                                    )  **CHARLES EDWARDS**
   ROBERT L. AYERS, Warden,          )
18                                    )
                    Respondent.       )
19                                    )
   _____   )
20

21      GOOD CAUSE APPEARING, petitioner's unopposed Motion For Leave To

22  Take The Deposition Of Charles Edwards is hereby GRANTED. Petitioner's

23  counsel will make the arrangements for the deposition and notify the

24  Court and opposing counsel of such arrangements.

25  ///

26

27

28  *Roberts v. Warden*                          [Proposed] Order Granting
   *CIV S-93-0254 GEB DAD DP*          1         Leave To Take Deposition

1        IT IS SO ORDERED.

2    DATED: February 15, 2011.

3

4    _____
     DALE A. DROZD

5    UNITED STATES MAGISTRATE JUDGE

6

7    dad1.orders.capital
     roberts254.depoord.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Roberts v. Warden*                    [Proposed] Order Granting
     *CIV S-93-0254 GEB DAD DP*        2    Leave To Take Deposition