DANIEL J. BRODERICK, #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

ROBERT BLOOM
1514 10th Street
Berkeley, California 94710
Telephone: (510) 898-1928

Attorneys for Petitioner
LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, ) | **DEATH PENALTY CASE** |
| ) | |
| Petitioner, ) | NO. CIV S-93-0254 GEB DAD DP |
| ) | |
| v. ) | **ORDER RE: DEFERRED BRIEFING AND** |
| ) | **SUBMISSION OF PETITIONER'S MOTION** |
| ROBERT L. AYERS, Warden, ) | **TO ADMIT THE DECLARATION OF** |
| ) | **CHARLES EDWARDS INTO EVIDENCE** |
| Respondent. ) | |
| ) | |
| _____ ) | |

Pursuant to the stipulation of the parties, and good cause appearing, the joint request for deferred briefing and submission of petitioner's pending motion (Document 401) is GRANTED. It is hereby ORDERED AS FOLLOWS:

1. Petitioner will make arrangements for a deposition of Charles Edwards as soon as is practicable, and will notice the deposition

*Roberts v. Warden*                                                                                  [Proposed] Order
*CIV S-93-0254 GEB DAD DP*                    1

1 pursuant to Fed. R. Civ. P. 30(b)(1).  The notice of deposition will be
2 filed with the Court.
3     2.   Within two court days of the noticed deposition date,
4 Petitioner will notify the Court whether or not the deposition has
5 taken place.
6     3.   If the deposition has taken place, Petitioner will at that
7 time withdraw his Motion to Admit The Declaration as moot.
8     4.   If the deposition has not taken place, Petitioner shall,
9 within two court days of so notifying the Court, file a reply to the
10 Response in Opposition.  The motion will then be submitted for
11 expedited decision pursuant to the previous orders of the Court.
12     IT IS SO ORDERED.
13 DATED: March 18, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*Roberts v. Warden*                              [Proposed] Order
CIV S-93-0254 GEB DAD DP            2