IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ROBERTS,

    Petitioner,                      No. CIV S-93-0254 GEB DAD

    vs.                                  DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.                   ORDER

_____/

        Respondent's response to petitioner's motion for evidentiary hearing and expansion of the record is due on April 22, 2011. (Dkt. No. 408.) That response shall include points and authorities on the impact of <u>Cullen v. Pinholster</u>, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on petitioner's motion. Petitioner's reply, due June 10, shall include responsive points and authorities addressing <u>Pinholster</u>.

        IT IS SO ORDERED.

DATED: April 15, 2011.

*signature: Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

roberts pin.or