

FILED
APR 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS,<br><br>       Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, Warden,<br><br>       Respondent. | Case No. CIV S-93-0254 GEB DAD<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION FOR EVIDENTIARY HEARING AND EXPANSION OF THE RECORD** |

Upon motion of respondent and for good cause shown, the deadline for filing respondent's response to petitioner's motion for evidentiary hearing and expansion of the record is extended until April 29, 2011. Petitioner's reply, if any, shall now be due on June 17, 2011 and oral argument on petitioner's motion will be held June 24, 2011 at 10:00 a.m. in Courtroom 27.

IT IS SO ORDERED.

April 28, 2011

           _/s/ Dale A. Drozd_
           DALE A. DROZD
           United States Magistrate Judge

Dad1
Roberts0254.pred-eot2

1