

FILED
JUN 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-6666

5  ROBERT BLOOM
   3355 Richmond Blvd.
6  Oakland, California 94611
   Telephone: (510) 595-7766
7
   Attorneys for Petitioner
8  LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | NO. CIV S-93-0254 GEB DAD DP |
| Petitioner, | DAD |
| v. | [PROPOSED] ORDER EXTENDING TIME TO FILE PETITIONER'S REPLY IN SUPPORT OF MOTION FOR EVIDENTIARY HEARING |
| MICHAEL MARTEL, et al., | |
| Respondents. | **DEATH PENALTY CASE** |

Upon petitioner's unopposed motion and for good cause shown, the deadline for the Reply In Support Of Motion For Evidentiary Hearing is hereby extended until August 16, 2011. The hearing previously set for June 24, 2011, is VACATED and reset for _August 25_, 2011 @ DAD 10:00 a.m.

DATED: June _16_, 2011

_Dale A. Drozd_
Hon. Dale A. Drozd
U.S. Magistrate Judge