DANIEL J. BRODERICK, #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

ROBERT BLOOM
3355 Richmond Blvd.
Oakland, California 94611
Telephone: (510) 595-7766

Attorneys for Petitioner
LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS,<br><br>            Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, et al.,<br><br>            Respondents.<br>_____ | NO. CIV S-93-0254 GEB DAD DP<br><br>**ORDER EXTENDING TIME TO FILE PETITIONER'S REPLY IN SUPPORT OF MOTION FOR EVIDENTIARY HEARING**<br><br>**DEATH PENALTY CASE** |

Upon petitioner's unopposed motion and for good cause shown, the deadline for the Reply In Support Of Motion For Evidentiary Hearing is hereby extended until August 30, 2011. The hearing previously set for August 25, 2011, is VACATED and RESET for September 21, 2011 at 10:00 a.m.

DATED: July 29, 2011.

dad1.capital
roberts0254.ord.eot.reply.hrgcont.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Order Granting
Extension of Time to File Reply         1         *Roberts v. Martel*, CIV-S-93-0254 GEB DAD DP