```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ALLISON CLAIRE, Bar #170138
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-6666

5  ROBERT BLOOM
   3355 Richmond Blvd.
6  Oakland, California 94611
   Telephone: (510) 595-7766
7
   Attorneys for Petitioner
8  LARRY ROBERTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | NO. CIV S-93-0254 GEB DAD DP |
| Petitioner, | |
| v. | **ORDER MODIFYING SCHEDULE RE: PETITIONER'S MOTION TO SEAL** |
| WARDEN, San Quentin State Prison, | |
| Respondents. | **DEATH PENALTY CASE** |

    Pursuant to the stipulation of the parties and for good cause shown, the Order filed March 28, 2012 (Document 421) is hereby modified as follows:

    The parties shall meet and confer regarding petitioner's Motion to Seal at a mutually convenient time prior to the July 11, 2012, status conference now set in this case, and shall be prepared to report

/////

/////

/////

/////

orally at the conference regarding the extent of their agreement and/or disagreement regarding the outstanding requests to seal and scope of any protective order(s).

DATED: June 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
dad1.capital
roberts.modsched.0606
```