DANIEL J. BRODERICK, #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

ROBERT BLOOM
3355 Richmond Blvd.
Oakland, California 94611
Telephone: (510) 595-7766

Attorneys for Petitioner
LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, San Quentin State Prison, <br><br> Respondents. | NO. CIV S-93-0254 GEB DAD DP <br><br> **ORDER MODIFYING SCHEDULE RE: PETITIONER'S MOTION TO SEAL** <br><br> **<u>DEATH PENALTY CASE</u>** |

Pursuant to the stipulation of the parties and for good cause shown, the Order filed March 28, 2012 (Document 421) is hereby modified as follows:

The parties shall meet and confer regarding petitioner's Motion to Seal at a mutually convenient time prior to the July 11, 2012, status conference now set in this case, and shall be prepared to report

/////

/////

/////

/////

1  orally at the conference regarding the extent of their agreement and/or disagreement regarding the
2  outstanding requests to seal and scope of any protective order(s).
3  DATED: June 6, 2012.

```
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

7  `dad1.capital`
   `roberts.modsched.0606`