IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ROBERTS,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.
_____/

No. CIV S-93-0254 GEB DAD

DEATH PENALTY CASE

ORDER

        On July 31, 2012, the undersigned held a status conference. Allison Claire and Robert Bloom appeared for petitioner. Glenn Pruden and Bruce Ortega appeared for respondent. After hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

        1. By August 10, 2012, the parties shall file a stipulation and proposed order setting out their agreements regarding the outstanding requests to seal and the scope of any protective order. At the same time, the parties shall jointly file a statement explaining their disagreements related to any remaining requests to seal.

        2. In preparation for the evidentiary hearing, by September 21, 2012, the parties shall file any motions for leave to take discovery. Opposition briefs shall be filed by October 22,

1

2012 and reply briefs by November 5, 2012. On November 8, 2012 at 11:00 a.m. in courtroom #27, the undersigned will hold a hearing on the discovery motions as well as a status conference.

    3. By August 14, 2012, Mr. Bloom shall file a proposed budget for his anticipated time and expenses through approximately November 8, 2012.

DATED: July 31, 2012.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

dad1.capital
roberts 7 31 12 sts.or