DANIEL J. BRODERICK, Bar #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

ROBERT BLOOM
1514 10th Street
Berkeley, California 94710
Telephone: (510) 898-1928

Attorneys for Petitioner
LARRY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS, | NO. CIV S-93-0254 GEB DAD DP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **NOTICE OF FILING REDACTED EXHIBITS** |
| WARDEN, San Quentin State Prison, | |
| Respondent. | |

Pursuant to order of the Court, Doc. 435, petitioner Larry Roberts now files redacted versions of Petitioner's Exhibits 228 and 303, previously submitted for filing under seal in relation to his Motion for Evidentiary Hearing.

Dated: August 30, 2012

                       Respectfully submitted,

                       DANIEL J. BRODERICK
                       Federal Defender


                       /s/ *Allison Claire*
                       ALLISON CLAIRE
                       Assistant Federal Defender