1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LARRY ROBERTS,

11          Petitioner,                    No. CIV S-93-0254 GEB DAD

12      vs.                                DEATH PENALTY CASE

13  WARDEN, San Quentin State
            Prison,

14

15          Respondent.                    ORDER

16  _____/

17          As directed in the court's November 14, 2012 order (Dkt. No. 460), respondent

18  has submitted for in camera review several documents from the prosecutor's trial files.  (See Dkt.

19  No. 463.)  Respondent contends the documents are not relevant to petitioner's discovery requests

20  and are protected by California's Official Information Privilege.[1]

21  /////

22  _____

23      [1]  It should be noted that respondent's list of the documents submitted to the court is not
    complete.  Attached to the first document submitted to the court for in camera review, a May 12,
24  1988 memorandum from prosecutor Charles Kirk to Senior Assistant Attorney General John
    Sugiyama, is a second memorandum.  That second memorandum is also from Mr. Kirk to Mr.
25  Sugiyama and is also dated May 12, 1988.  It is entitled "Recommendation of Rule Change to
    Administrative Office of Courts/Appropriate Public Service."  It concerns the same subject
26  matter as the other documents submitted to this court for review.

1

1          Within seven days of the filed date of this order, petitioner shall file a response

2   addressing the bases for respondent's position with respect to the in camera submission.

3   DATED: January 18, 2013.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7

8   dad1.capital
    roberts.incamdocs.or1.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26