1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY ROBERTS,

11            Petitioner,                   No. CIV S-93-0254 GEB DAD

12       vs.                               DEATH PENALTY CASE

13   WARDEN, San Quentin State
            Prison,

14

15            Respondent.                  ORDER

16   _____/

17            As directed in the court's November 14, 2012 order (Dkt. No. 460), respondent

18   has submitted for the court's in camera review copies of several documents from the prosecutor's

19   trial files.  (See Dkt. No. 463.)  Respondent contends the documents are not relevant to

20   petitioner's discovery requests and are protected by California's Official Information Privilege.

21            The court granted petitioner's discovery request for "the following records from

22   the files of trial prosecutor Charles Kirk:"

23                      i.  Any and all documentation of communications between
                        prosecutor Kirk (or investigative agents working on the case) and
24                      Alameda County officials regarding Robert Hayes.

25                      ii.  Any and all background information regarding Cade,
                        Long, Rooks, Yacotis, Hayes and/or Gardner that was obtained or
26                      compiled prior to their testifying at petitioner's trial.

1

1                     iii. Any and all notes or memoranda regarding Cade, Long,

2      Rooks, Yacotis, Hayes and/or Gardner.

3  (Dkt. No. 460 at 9-10.)  Respondent's counsel states that, rather than provide only documents

4  strictly responsive documents to petitioner, respondent has elected to provide petitioner's counsel

5  access to Mr. Kirk's entire trial file, withholding only those documents submitted here for the

6  court's in camera review.

7             The court need not reach the issue of whether or not the documents which have

8  presented by respondent for in camera review are protected from disclosure by any privilege.

9  After carefully reviewing those documents, the court finds they are neither relevant nor in any

10  way responsive to petitioner's discovery requests which the court previously granted.

11             Accordingly, respondent will not be ordered to provide petitioner access to the

12  documents submitted to this court on January 10, 2013 for in camera review.  The Clerk of the

13  Court is directed to file under seal the copies of those documents submitted to the court by

14  respondent for in camera review.

15  DATED: February 4, 2013.

16

17  _____

18  DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

19

20  roberts in cam docs.or2

21

22

23

24

25

26