| | |
|---|---|
| KAMALA D. HARRIS, State Bar No. 146672<br>Attorney General of California<br>RONALD S. MATTHIAS, State Bar No. 104684<br>Senior Assistant Attorney General<br>GLENN R. PRUDEN, State Bar No. 195089<br>Supervising Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5959<br> Fax:  (415) 703-1234<br> E-mail:  Glenn.Pruden@doj.ca.gov<br>*Attorneys for Respondent* | BRIAN ABBINGTON<br>Assistant Federal Defender<br>Texas State Bar No. 00790500<br>801 I Street, 3rd Floor<br>Sacramento, CA  95814<br>Telephone:  (916) 498-6666<br>*Counsel for Petitioner* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY ROBERTS,**<br><br>                                    Petitioner,<br><br>          v.<br><br>**KEVIN CHAPPELL, Warden,**<br><br>                                    Respondent. | CIV S-93-0254 TLN DAD<br><br>**CAPITAL CASE**<br><br>**JOINT STIPULATION FOR<br>PROTECTIVE ORDER** |

    Counsel for the parties hereby stipulate and agree to the Court entering a protective order that precludes petitioner's counsel and counsel's agents from providing or facilitating a third party in providing a copy of a *Daily Journal* newspaper article, published in March 2007, and entitled *Justices Look Past Notorious History for Inmate's Parole*, to the petitioner for so long as petitioner is in the custody and control of the California Department of Corrections and Rehabilitation under a valid state court judgment.

    Counsel for the parties further stipulate that the above prohibition is necessary because said article is considered by the California Department of Corrections and Rehabilitation to be contraband.

Counsel for the parties further stipulate that petitioner's counsel may show said article to petitioner for purposes related to their representation of petitioner in these proceedings. They may not allow petitioner to retain a copy of said article.

Counsel for the parties further stipulate that, within five working days from the entry of the agreed upon protective order set forth below, respondent's counsel will provide petitioner's counsel with a copy of said *Daily Journal* newspaper article described above for their use in this case.

This stipulation is entered into and attested to by counsel for the parties on October 11, 2013.

/s/ GlennPruden_____   /s/ Brian Abbington_____
GLENN R. PRUDEN                 BRIAN ABBINGTON
Supervising Deputy Attorney General   Assistant Federal Defender
Counsel for Respondent          Counsel for Petitioner

# PROTECTIVE ORDER

Pursuant to the stipulation of counsel for the parties and for good cause shown, petitioner's counsel and counsel's agents are prohibited from providing or facilitating a third party in providing a copy of a *Daily Journal* newspaper article, published in March 2007, and entitled *Justices Look Past Notorious History for Inmate's Parole*, to the petitioner for so long as petitioner is in the custody and control of the California Department of Corrections and Rehabilitation under a valid state court judgment.  Petitioner's counsel may show said article to petitioner for purposes related to their representation of petitioner in these proceedings.   They may not allow petitioner to retain a copy of said article.  Within five working days of the entry of this order respondent's counsel will provide petitioner's counsel with a copy of said *Daily Journal* newspaper article described above for their use in this case.

IT IS SO ORDERED.

Dated:  October 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

roberts prot or re DJ article