KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RONALD S. MATTHIAS, State Bar No. 104684
Senior Assistant Attorney General
GLENN R. PRUDEN, State Bar No. 195089
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5959
 Fax: (415) 703-1234
 E-mail: Glenn.Pruden@doj.ca.gov
*Attorneys for Respondent*

BRIAN ABBINGTON
Assistant Federal Defender
Texas State Bar No. 00790500
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-6666
*Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY ROBERTS,**<br><br>                               Petitioner,<br><br>          v.<br><br>**KEVIN CHAPPELL, Warden,**<br><br>                               Respondent. | CIV S-93-0254 TLN DAD<br><br>**CAPITAL CASE**<br><br>**JOINT STIPULATION FOR PROTECTIVE ORDER** |

Counsel for the parties hereby stipulate and agree to the Court entering a protective order that precludes petitioner's counsel and counsel's agents from providing or facilitating a third party in providing a copy of a *Daily Journal* newspaper article, published in March 2007, and entitled *Justices Look Past Notorious History for Inmate's Parole*, to the petitioner for so long as petitioner is in the custody and control of the California Department of Corrections and Rehabilitation under a valid state court judgment.

Counsel for the parties further stipulate that the above prohibition is necessary because said article is considered by the California Department of Corrections and Rehabilitation to be contraband.

1

Counsel for the parties further stipulate that petitioner's counsel may show said article to petitioner for purposes related to their representation of petitioner in these proceedings.   They may not allow petitioner to retain a copy of said article.

Counsel for the parties further stipulate that, within five working days from the entry of the agreed upon protective order set forth below, respondent's counsel will provide petitioner's counsel with a copy of said *Daily Journal* newspaper article described above for their use in this case.

This stipulation is entered into and attested to by counsel for the parties on October 11, 2013.

/s/ GlennPruden_____  
GLENN R. PRUDEN  
Supervising Deputy Attorney General  
Counsel for Respondent

/s/ Brian Abbington_____  
BRIAN ABBINGTON  
Assistant Federal Defender  
Counsel for Petitioner

**PROTECTIVE ORDER**

Pursuant to the stipulation of counsel for the parties and for good cause shown, petitioner's counsel and counsel's agents are prohibited from providing or facilitating a third party in providing a copy of a *Daily Journal* newspaper article, published in March 2007, and entitled *Justices Look Past Notorious History for Inmate's Parole*, to the petitioner for so long as petitioner is in the custody and control of the California Department of Corrections and Rehabilitation under a valid state court judgment. Petitioner's counsel may show said article to petitioner for purposes related to their representation of petitioner in these proceedings. They may not allow petitioner to retain a copy of said article. Within five working days of the entry of this order respondent's counsel will provide petitioner's counsel with a copy of said *Daily Journal* newspaper article described above for their use in this case.

IT IS SO ORDERED.

Dated: October 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

roberts prot or re DJ article