HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BRIAN ABBINGTON, Texas State Bar No. 00790500
HARRY SIMON, State Bar No. 133112
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

ROBERT BLOOM
Law Offices of Robert Bloom
3355 Richmond Boulevard
Oakland, CA  94611
Telephone:  (510) 595-7766
Facsimile:  (510) 595-8384

Attorneys for Petitioner
LARRY ROBERTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS<br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No. CIV S-93-0254 GEB DAD DP<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION AND ORDER CLARIFYING PROTECTIVE ORDER** |

On November 14, 2012, as part of a larger discovery order and based on the stipulation of the parties, this Court issued the following order:

PROTECTIVE ORDER

For purposes of the evidentiary hearing and preparation for the evidentiary hearing in this capital habeas case, all discovery of trial attorney file materials granted to respondent shall be deemed to be confidential. In any event, documents and materials produced from the trial counsel files (hereinafter "documents") may be used only by counsel for respondent, other representatives from the Office of the California Attorney General, and persons working under their direct supervision (including expert

consultants), and only for purposes of any proceedings incident to litigating the claim(s) presented in the petition for writ of habeas corpus pending before this Court.

Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court. This order extends to respondent and all persons acting on behalf of respondent in this proceeding, including but not limited to persons employed by the Office of the California Attorney General, persons working on this matter who are employed by California governmental divisions other than the Attorney General, persons retained by respondent for any investigative or consulting work on this matter, and any expert consultants or witnesses assisting respondent. This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment in this matter.

Doc. 460 at 8-9.

In *Lambright v. Ryan*, 698 F.3d 808 (9th Cir. 2012), the Ninth Circuit concluded that trial attorney files employed during habeas evidentiary hearings should be entitled to protection against use outside of the course of habeas litigation. *Id*. at 820 (the protection afforded trial attorney files disclosed in habeas proceedings "necessarily extends beyond the discovery phase and includes the evidentiary hearing during which the petitioner presents his claim to the district court").

Accordingly, the parties hereby stipulate that the protective order entered by this Court on November 14, 2012 extends to the evidence described therein introduced at the evidentiary hearing currently scheduled in this matter.

                          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 3, 2014        /s/ Brian Abbington
BRIAN ABBINGTON
Assistant Federal Defender

Attorneys for Petitioner

KAMALA HARRIS
Attorney General of the State of California

Dated: January 3, 2014        /s/ Glenn R. Pruden
GLENN R. PRUDEN
Supervising Deputy Attorney General

Attorneys for Respondent

IT IS SO ORDERED.

Dated: January 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.cap
Roberts.prot.or.stip.or