1   HEATHER E. WILLIAMS, State Bar No. 122664
    Federal Defender
2   BRIAN ABBINGTON, Texas State Bar No. 00790500
    HARRY SIMON, State Bar No. 133112
3   Assistant Federal Defenders
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   (916) 498-6666; FAX (916) 498-6656

6   ROBERT BLOOM
7   Law Offices of Robert Bloom
    3355 Richmond Boulevard
8   Oakland, CA  94611
    Telephone:  (510) 595-7766
9   Facsimile:  (510) 595-8384

10  Attorneys for Petitioner
11  LARRY ROBERTS

12
                        **UNITED STATES DISTRICT COURT**
13
                        **EASTERN DISTRICT OF CALIFORNIA**
14

15  LARRY ROBERTS                         )   No. CIV S-93-0254 TLN DAD DP
                    Petitioner,            )
16                                         )   **DEATH PENALTY CASE**
                                           )
17          vs.                            )
                                           )
18  KEVIN CHAPPELL, Warden of the          )   **STIPULATION AND ORDER FOR POST-**
    California State Prison at San Quentin, )   **HEARING BRIEFING SCHEDULE AND**
19                                         )   **LODGING OF DEPOSITIONS**
                    Respondent.            )
20

21          At the conclusion of the evidentiary hearing held on January 15, 2014 counsel for the

22  parties stated their intention to meet and confer and propose a schedule for the submission of

23  post-hearing briefs and the lodging of depositions in this matter.  Based upon their discussions,

24  the parties stipulate as follows:

25
26          Petitioner shall lodge all depositions with the Court on or before Thursday, May 16,

27  2014.  Petitioner shall file his opening brief on the merits of the evidentiary hearing claims on or

28
    Stipulation and Order For Post-Hearing Briefing Schedule        1        Roberts v. *Chappell, Case No. Civ s-93-0254 GEB DAD P*

1  before Monday, June 16, 2014.  Respondent shall file his opposition brief on or before Friday,

2  August 15, 2014.  Petitioner shall file his reply brief on or before Monday, September 15, 2014.

3                                        Respectfully submitted,

4

5

6                                        HEATHER E. WILLIAMS
                                         Federal Defender

7
   Dated: January 29, 2014          /s/ Brian Abbington
8                                        BRIAN ABBINGTON
                                         Assistant Federal Defender
9

10  Dated: January 29, 2014          /s/ Harry Simon
                                         HARRY SIMON
11                                       Assistant Federal Defender

12

13                                       Attorneys for Petitioner

14

15                                       KAMALA HARRIS
                                         Attorney General of the State of California

16

17  Dated: January 29, 2014          /s/ Glenn R. Pruden
                                         GLENN R. PRUDEN
18                                       Supervising Deputy Attorney General

19                                       Attorneys for Respondent

20

21  IT IS SO ORDERED.

22  Dated:  February 11, 2014

23

24  Dad1.capital                         DALE A. DROZD
    Roberts.posthrgbrf.or.docx           UNITED STATES MAGISTRATE JUDGE
25

26

27

28
    Stipulation and Order For Post-Hearing Briefing Schedule       2       Roberts v. *Chappell*, Case No. Civ s-93-0254 GEB DAD P