HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BRIAN ABBINGTON, Texas State Bar No. 00790500
HARRY SIMON, State Bar No. 133112
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

ROBERT BLOOM
Law Offices of Robert Bloom
3355 Richmond Boulevard
Oakland, CA  94611
Telephone:  (510) 595-7766
Facsimile:  (510) 595-8384

Attorneys for Petitioner
LARRY ROBERTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS           Petitioner, vs. KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,           Respondent. | No. CIV S-93-0254 GEB DAD DP  **DEATH PENALTY CASE**  **STIPULATION AND ORDER UNSEALING EXHIBITS** |

During the course of the evidentiary hearing concluded on January 15, 2014 and the videotaped depositions of Ronald Moe, Thomas Hartman and James Esten, the parties utilized the following previously sealed materials, which were also contained in Petitioner's Exhibit binder for the evidentiary hearing as follows: Petitioner's Evidentiary Hearing Exhibits 7, 8, 27, 38, 39, 42, 43, 44 and 49.  The parties stipulate that these exhibits shall be unsealed and may be used in briefing for the purposes of this litigation. This stipulation and order does not modify this

Court's previous protective orders (Docs. 460 and 493), or otherwise permit the use of any of these materials outside of the context of this litigation.

                        Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

Dated: March 11, 2014       /s/ Brian Abbington
                        BRIAN ABBINGTON
                        Assistant Federal Defender

Dated: March 11, 2014      /s/ Harry Simon
                        HARRY SIMON
                        Assistant Federal Defender

                        Attorneys for Petitioner


                        KAMALA HARRIS
                        Attorney General of the State of California

Dated: March 11, 2014      /s/ Glenn R. Pruden
                        GLENN R. PRUDEN
                        Supervising Deputy Attorney General

                        Attorneys for Respondent


IT IS SO ORDERED.

Dated:  March 11, 2014

                        _____
Dad1.capital
Roberts.stip.and.order.unsealing.exhibits    DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE