1  HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
2  BRIAN ABBINGTON, Texas State Bar No. 00790500
HARRY SIMON, State Bar No. 133112
3  Assistant Federal Defenders
801 I Street, 3rd Floor
4  Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656
5

6  ROBERT BLOOM
Law Offices of Robert Bloom
7  3355 Richmond Boulevard
Oakland, CA  94611
8  Telephone:  (510) 595-7766
Facsimile:  (510) 595-8384
9

10  Attorneys for Petitioner
LARRY ROBERTS
11

12

13  **UNITED STATES DISTRICT COURT**

14  **EASTERN DISTRICT OF CALIFORNIA**

15  LARRY ROBERTS              )  No. 2:93-cv-00254-TLN-DAD
                Petitioner,    )
16                             )  **DEATH PENALTY CASE**
                               )
17      vs.                    )
                               )
18  KEVIN CHAPPELL, Warden of the )  **STIPULATION AND ORDER UNSEALING**
California State Prison at San Quentin, )  **EXHIBITS**
19                             )
                Respondent.    )
20

21      In preparing briefing on petitioner's evidentiary hearing claims, the parties contemplate

22  that they may wish to cite and rely on various exhibits that have been previously sealed.

23  Accordingly, the parties stipulate that exhibits 101, 102, 104, 203, 204, 205, 207, 213, 226, 227,

24  228, 232, 234, 305, 306, 307, 308, 309 and 361, which were filed on December 15, 2010 in

25  support of petitioner's Motion for Evidentiary Hearing (Doc. 369), may be utilized for the sole

26  purpose of briefing the issues presently before the Court.

27

28
Stipulation and Order Unsealing Exhibits          1          *Roberts v. Chappell*, Case No. 2:93-cv-00254-TLN-DAD

1      This stipulation and order does not modify this Court's previous protective orders (Docs.

2  460 and 493), or otherwise permit any other use of the above-referenced exhibits.

3                                              Respectfully submitted,

4
                                               HEATHER E. WILLIAMS
5                                              Federal Defender

6  Dated: May 28, 2014                         /s/ Brian Abbington
                                               BRIAN ABBINGTON
7                                              Assistant Federal Defender

8

9  Dated: May 28, 2014                          /s/ Harry Simon
                                               HARRY SIMON
10                                             Assistant Federal Defender

11
                                               Attorneys for Petitioner
12

13                                             KAMALA HARRIS
                                               Attorney General of the State of California
14

15
   Dated: May 28, 2014                         /s/ Glenn R. Pruden
16                                             GLENN R. PRUDEN
                                               Supervising Deputy Attorney General
17
                                               Attorneys for Respondent
18

19

20  IT IS SO ORDERED.

21
    Dated:  May 29, 2014
22

23

24  Dad1.capital
    Roberts.evi.ex.stipo.docx                  DALE A. DROZD
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28