1   HEATHER E. WILLIAMS, State Bar No. 122664
    Federal Defender
2   BRIAN ABBINGTON, Texas State Bar No. 00790500
3   HARRY SIMON, State Bar No. 133112
    Assistant Federal Defenders
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   (916) 498-5700; FAX (916) 498-6656

6
    ROBERT BLOOM
7   Law Offices of Robert Bloom
    3355 Richmond Boulevard
8   Oakland, CA  94611
    Telephone:  (510) 595-7766
9   Facsimile:  (510) 595-8384

10
    Attorneys for Petitioner
11  LARRY ROBERTS

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15  LARRY ROBERTS                 )   No. 2:93-cv-00254-TLN-DAD
                  Petitioner,     )
16                                )   **DEATH PENALTY CASE**
17       vs.                      )
                                  )
18  KEVIN CHAPPELL, Warden of the )   **STIPULATION AND ORDER SETTING**
    California State Prison at San Quentin, )  **FORTH BRIEFING SCHEDULE ON NON-**
19                                )   **EVIDENTIARY HEARING CLAIMS**
                  Respondent.     )
20  _____|

21          On July 15, 2003, Petitioner Larry Roberts filed his Second Amended Petition (Doc. 248)

22  in this case.  On January 20, 2004, Respondent Warden filed his Answer (Doc. 270) to that

23  petition and an accompanying Memorandum of Points and Authorities.  Doc. 271.  On April 19,

24  2004, petitioner filed his Traverse.  Doc. 284.

25          On December 15, 2010, petitioner filed a motion for evidentiary hearing.  Doc. 369.  This

26  Court granted that motion in an order filed on June 1, 2012 (Doc. 424), which was amended by

27

28
    Stipulation and Order Re: Non Evidentiary Hearing Briefs    1    *Roberts v. Chappell*, Case No. 2:93-cv-00254-TLN-DAD

an order dated January 31, 2013.  Doc. 466.  The Amended Order granted a hearing on eight of petitioner's 58 Claims[1]: Claim 1, 7, 15, 16, 29, 30, 42 and 43.  Doc 466 at 133.  Following depositions and a three day evidentiary hearing that concluded on January 15, 2014, the parties agreed to a briefing schedule on these evidentiary hearing claims.  Doc. 502.  The court approved that stipulated briefing schedule.  Doc. 503.

The present stipulation and order does not modify this Court's previous protective orders (Docs. 460 and 493), or otherwise permit any other use of the exhibits referenced in the court's order unsealing exhibits (Doc. 513).  During a telephonic conference held on February 11, 2014, the Court requested updated briefing on non-evidentiary hearing claims.   The parties stipulate to the following briefing schedule:  Respondent shall file a Supplemental Brief in Support of Answer on Non-Evidentiary Hearing Claims on or before November 13, 2014.  Petitioner shall file a Supplemental Brief in Support of Traverse on Non-Evidentiary Hearing Claims on or before February 11, 2015.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 10, 2014          /s/ Brian Abbington
                                             BRIAN ABBINGTON
                                             Assistant Federal Defender


Dated: June 10, 2014           /s/ Harry Simon
                                             HARRY SIMON
                                             Assistant Federal Defender

                                             Attorneys for Petitioner

---

[1]Although the Second Amended Petition lists Claims 1 through 59, Claim 33 was omitted from that petition.

KAMALA HARRIS
Attorney General of the State of California

Dated: June 9, 2014                    /s/ Glenn R. Pruden
                                       GLENN R. PRUDEN
                                       Supervising Deputy Attorney General

                                       Attorneys for Respondent


IT IS SO ORDERED.

Dated:  June 16, 2014


_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.capital
Robertsstip.re.non.evi.herg.claims.briefing