HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BRIAN ABBINGTON, Texas State Bar No. 00790500
HARRY SIMON, State Bar No. 133112
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

ROBERT BLOOM
Law Offices of Robert Bloom
3355 Richmond Boulevard
Oakland, CA  94611
Telephone:  (510) 595-7766
Facsimile:  (510) 595-8384

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY ROBERTS<br>　　　　Petitioner,<br><br>　vs.<br><br>RON DAVIS, Warden of the<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | No. 2:93-cv-0254 DAD-DB<br><br>**DEATH PENALTY CASE**<br><br>**REQUEST FOR RULING ON HABEAS PETITION** |

Petitioner LARRY ROBERTS, through his undersigned counsel, respectfully requests the Court to issue a ruling on his habeas petition. The habeas petition presently before the Court was filed on April 24, 1995. Doc. 86. The Court conducted an evidentiary hearing in this action in January 2014. Docs. 495, 496. Briefing on all claims, including the evidentiary hearing claims, was completed on December 2, 2014. Docs. 524, 525, 526, 527, 528. On December 9, 2015, Chief Judge Morrison C. England, Jr., granted Mr. Roberts's motion, Doc. 530, and entered an Order that assigned this case to this Court for disposition. Doc. 535.

The parties completed briefing in response to the Court's Tentative Ruling on Allegations of *Bruton* Error in Claim 22, Doc. 544, on September 2, 2016. Doc. 548, 549. On April 19, 2019, this Court conducted a status conference in this matter and informed the parties that the Court hoped to issue a ruling on the petition prior to the retirement of Deputy Attorney Glenn Pruden in September 2019.

In July 2020, Mr. Roberts contracted COVID-19 at San Quentin. Mr. Roberts has informed his counsel that his temperature rose to 106 degrees. Thereafter, Mr. Roberts received medical care after being transferred from the North Segregation Unit at San Quentin where he is housed to emergency medical facilities within San Quentin. Until yesterday, he was housed in the Adjustment Center, where a number of COVID-19 positive inmates are currently housed.[1]

---

[1] During the past month, three capital habeas petitioners represented by Mr. Roberts' counsel, Assistant Federal Defender Harry Simon, have died of complications from COVID-19 illness contracted at San Quentin: Manuel Machado Alvarez, John Beames, and Johnny Avila. https://www.kron4.com/health/coronavirus/death-by-virus-condemned-san-quentin-inmates-executed-by-covid-19/.

Request for Ruling on Habeas Petition                    1                    *Roberts v. Chappell*, Case No. Civ 2:93-cv-0254 TLN DAD

Mr. Roberts was 30 years old at the time of his capital sentencing. More than 25 years have passed from the filing of his petition in this Court. He is now 67 years old and in danger of dying without a determination of his claims of innocence. Mr. Roberts respectfully requests this Court issue a decision on the merits of the petition.

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated: July 28, 2020        */s/ Brian Abbington*
                              BRIAN ABBINGTON
                              Assistant Federal Defender

Dated: July 28, 2020        */s/ Harry Simon*
                              HARRY SIMON
                              Assistant Federal Defender

                              Attorneys for Petitioner