## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LARRY ROBERTS,**

CASE NO: **2:93–CV–00254–DAD–DB**

v.

**ROBERT L. AYERS,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/28/2022**

                                                                                          **Keith Holland**
                                                                                          Clerk of Court

ENTERED: **October 28, 2022**

                                                    by: /s/ J. Donati
                                                                    Deputy Clerk